Lora H. Reinbold, *Pro Se*

17217 Yellowstone Drive

Eagle River, AK 99577

aklora@outlook.com

Phone (907) 301-7711



RECEIVED
MAY 01 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA H. REINBOLD,<br>              Plaintiff<br>V.<br><br>ALASKA AIRLINES, KYLE LEVINE,<br>KIM HUTCHINSON, JEREMY HORN<br>DIANE BIRKETT RAKOW, MARILYN<br>ROMANA[1], ROY[2]MICHAEL WUYTS<br>SMITH, AMBER LNU, ALISON LNU,<br>AMANDA LNU, JOHN LNU, KRISTEN<br>LNU, BRENDA LNU, DORTHY[3] LNU<br>              Defendants. | Case No. 3:23-CV-00087-JMK |

MOTION TO DISMISS OR SEVER AMANDA LNU FOR MISJOINDER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 20 AND 21

Comes Now the Plaintiff Lora H. Reinbold, appearing without the assistance of counsel, as an unrepresented pro se Civil litigant, and moves this court to sever or dismiss Amanda LNU, for misjoinder of a party, pursuant to Federal Rules of Civil Procedure 20 and 21.

---

[1] MARILYN ROMANO[1] was unintentionally misspelled. This is the corrected spelling of his name.
[2] TROY[2] MICHAEL WUYTS SMITH was unintentionally misspelled. This is the corrected spelling of his name.
[3] DOROTHY[3] LNU was unintentionally misspelled. This is the corrected spelling of her name.

1

## I. INTRODUCTION

Amanda LNU was misjoined unintentionally with Alaska Airlines, and the other individually named defendants, who are all employees of Alaska Airlines.

It was discovered that Amanda LNU was at the time of the misjoinder of her into this complaint, employed as a TSA Agent, and was not an employee of Alaska Airlines. Amanda LNU is a disparate and unrelated person to each of the other entities named as defendants, without alleging any coordinated action between them or any right to relief that arises out of "the same transaction, occurrence, or series of transactions or occurrences." Fed. R. Civ. P. 20(a)(2)(A).

Amanda LNU should be dropped from the instant action, or the claims against her should be severed, because there is no allegation of, or any factual basis for alleging, a connection between Amanda LNU and the other defendants with respect to each of the causes of actions claimed in the complaint.

## II. CONCLUSION

Lora H. Reinbold respectfully requests that the Court dismiss Amanda LNU from this case or sever the claims against her because joinder of Amanda LNU with the other named defendants herein is improper.

Dated this \_\_\_1\_\_\_ date of \_\_May\_\_ 2023.

                                                            Lora H. Reinbold, *pro se*