Lora Reinbold, Pro Se
17217 Yellowstone Dr
Eagle River, Ak 99577
aklora@outlook.com
907-301-7711


RECEIVED
JUL 13 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA H. REINBOLD, | ) Case No. 3:23CV-00087 JMK |
| | ) |
| Plaintiff, | ) AFFIDAVIT OF LORA H. |
| | ) REINBOLD IN SUPPORT OF |
| | ) JOINDER FOR TIM |
| | ) THOMPSON |
| | ) |
| Vs | ) |
| | ) |
| ALASKA AIRLINES INC, KYLE LEVINE | ) Honorable Joshua M. Kindred |
| KIM HUTCHINSON, JEREMY HORN | ) United States District Judge |
| DIANE BIRKETT RAKOW, MARILYN | ) |
| ROMANO, TROY MICHAEL WUYTS | ) |
| SMITH, AMBER ALLEN, | ) |
| MIROSLAVA FRIAS, | ) |
| JOHN ROSS MANN, KRISTEN DILLEY, | ) |
| BRENDA BAYNARD, TIM THOMPSON | ) |
| ALISON REINECCIUS, | ) |
| LAUREL CARMICHAEL | ) |
| DOROTHY DANIELS, | ) |
| Defendants. | ) |

AFFIDAVIT LORA H. REINBOLD IN SUPPORT OF JOINDER FOR TIM
THOMPSON

I, Lora H. Reinbold, being duly sworn hereby depose and say:

1. To the best of my knowledge all facts stated in this affidavit are true and correct.

2. I am over 18 years of age. I reside in Eagle River Alaska at the address stated above. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. Tim Thompson is an employee of Alaska Airlines and according to online records is the Director of External Affairs.

4. Tim Thompson on multiple occasions used my name and released statements to the press without my knowledge or permission.

5. When I became aware of the unexpected flight ban on email, I stated via text to Alaska Airlines board member Ken Thompson, that it would be best for both Alaska Airlines and me, if they (Alaska Airlines) did not go public after my unexpected ban from their airline on April 22, 2021.

6. On April 22, 2021 on the flight from Juneau to Anchorage, I wore a mask on the flight, at TSA, the boarding area and did not a single warning on the flight. Accommodations for my CDC mask exemption was denied by Alaska Airlines. I was arbitrarily targeted, intimidated and humiliated by Alaska Airlines employees Alison Reineccius and Troy Michael Wuyts-Smith in the boarding area on April 22, 2021. I was sent an email from Alaska Airlines because of an unexplained/unclear incident on April 22, 2021 I was banned.

(Ak Air referenced at least one other unclear conversation but gave no details).

7. Tim Thompson released statements, using my name and title, without my knowledge nor permission, to the national news media, including but not limited to CNN, that helped create a misleading narrative that caused Senator Lora Reinbold significant distress, humiliation, and hardship. The title of the article "Alaska Airlines bans state lawmaker for her continued refusal to comply with mask mandate." A spokesman, Tim Thompson said the "suspension is effective immediately…"

In the same CNN article by Eric Bradner and Hollie Silverman, dated April 27, 2021 the Federal Aviation Administration said it is "looking into an incident" involving a state lawmaker who Alaska Airlines said refused to wear a mask on its flights.

The statements made to FAA according to the newspaper are misleading or outright dishonest with have a high potential to reach libel/slander and/or malice. Please review the exhibit 7 in the FAC for police videos obtained from Juneau police with my voice recording for important facts.

Dated this \_\_\_13TH\_\_\_ date of \_\_July\_\_ 2023.

_____

Lora H. Reinbold, *pro se*

Notary: M. Mikaele



I hereby certify that on the 13th day of July, 2023
I served a copy of the foregoing via US Mail on the following:

Robert L. Richmond, Esq.
Rebecca Lindemann
Richmond and Quinn APC
360 K Street, Suite 200
Anchorage, AK 99501

Richard G. Grotch
Jetstream Legal APC
80 Cabrillo Highway North Suite Q-325
Half Moon Bay, CA 94019

Lora H. Reinbold, Pro Se